UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In Re: ) Chapter 13
)
CRISTINA BANAGO, ) Bankruptcy No. 21-50435
)
) Date: May 26, 2022
) Time: 1:30 p.m.
) Place: Courtroom 11/Zoom
)
Debtor. )
_____ ) HON. M. ELAINE HAMMOND

**NOTICE OF HEARING RE: APPLICATION FOR COMPENSATION BY
ATTORNEY FOR DEBTOR**

To the creditors of the above-named Debtor and other parties in interest:

     NOTICE IS HEREBY GIVEN that a hearing will be held in person or by Zoom before THE HONORABLE M. ELAINE HAMMOND, Bankruptcy Judge, on May 26, 2022, at 1:30 p.m., to consider and act upon the application for compensation filed by MORAN LAW GROUP, INC., attorneys for the Debtor, for additional attorneys' fees in the amount of $8,079.08; approval of total expenses in the amount of $440.96; and payment of unreimbursed expenses in the amount of $127.96.

     Counsel, parties and other interested parties may attend the hearing in person or by Zoom. Additional information is available on Judge Hammond's procedure page on the court's website www.canb.uscourts.gov. Information on attending the hearing by Zoom will be provided on Judge Hammond's calendar, posted no later than seven (7) days prior to the hearing date. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

     Please be advised that if approved these fees will be paid through the Debtor's confirmed Chapter 13 Plan.

     BE FURTHER ADVISED, that if you wish to object to the Application, the objection should be in writing and filed with the Bankruptcy Clerk at 280 S. First St., Room 3035, San Jose, CA 95113, and served upon Counsel for debtor at the address noted below, at least seven days prior to the hearing. Additional information is set forth in the Application which will be available at the Court.

MORAN LAW GROUP, INC.

Dated: 05/05/2022     /s/ Cathleen Cooper Moran
                             CATHLEEN COOPER MORAN
MORAN LAW GROUP, INC.     Attorney for Debtor
643 Bair Island Road, Suite 403
Redwood City, CA 94063
(650) 694-4700