MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Tel.: (650) 694-4700
Fax: (650) 368-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| CRISTINA BANAGO, | ) | Bankruptcy No. 21-50435 |
| | ) | |
| | ) | Date: May 26, 2022 |
| | ) | Time: 1:30 p.m. |
| | ) | Place: Courtroom 11/Zoom |
| | ) | |
| Debtor. | ) | |
| _____ | ) | HON. M. ELAINE HAMMOND |

## CERTIFICATE OF SERVICE BY MAIL

I, Anne Grugan, declare as follows:

I am employed in the County of San Mateo, California; I am over the age of 18 years, and not a party to the within action; my business address is 643 Bair Island Road, Suite 403, Redwood City, California 94063.

I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On May 5, 2022, I served a copy, with all exhibits, of the following document(s):

**1)    NOTICE OF HEARING RE: APPLICATION FOR COMPENSATION BY ATTORNEY FOR DEBTOR**

on the party or parties named below by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

**SEE ATTACHED**

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 5, 2022, at
2  Redwood City, California.

3                                          /s/ Anne Grugan
                                            Anne Grugan
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| ALDRIDGE PITE, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933 | Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | Bank of America, N.A.<br>P.O. Box 982284<br>El Paso, TX 79998-2238 |
|---|---|---|
| Directv, LLC<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541 |
| Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, TX 75001 | U.S. Bank Trust National Association<br>CO Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-2708 | Wells Fargo Bank, National Association as Tr<br>PHH Mortgage Corportation<br>Attn Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| Wells Fargo Bank, National Association as TR<br>Robertson, Anschutz, Schneid, Crane LLP<br>350 10th Avenue, Suite 1000<br>San Diego, CA 92101 | | |